# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE HEVLE,<br><br>          **Plaintiff,**<br><br>    v.<br><br>RIDI HOME CARE, INC., dba RIGHT AT HOME MODESTO, a California Corporation, RICK CARSON and DIANE CARSON, as individuals, DOES 1 through 10, inclusive,<br><br>          **Defendants.** | 1:15-CV-00558-LJO-SAB<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE AND CLOSE ACTION (Doc. 19)** |

Based on all Parties' stipulation to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES without prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **August 12, 2015**              **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE